IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR L. STONE | : | CIVIL ACTION |
| v. | : | |
| JANET NAPOLITANO | : | NO. 09-1523 |

ORDER

AND NOW, this 17th day of July, 2009, upon consideration of the defendant's motion to dismiss, or, alternatively, for summary judgment (Docket No. 3), the plaintiff's opposition and the defendant's reply thereto, IT IS HEREBY ORDERED that the defendant's motion to dismiss is GRANTED for the reasons outlined in the Court's Memorandum of Law dated July 17, 2009, and that the case is DISMISSED.  The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.